**DISMISS and Opinion Filed February 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01614-CV

**RONNIE JOHNIGAN, Appellant**
**V.**
**JUDY HAMMOND, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06046-C**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellee's January 13, 2015 motion to dismiss the appeal for want of prosecution. Appellee contends the appeal should be dismissed because appellant has failed to pay the required filing fee. Appellant did not file a response to the motion to dismiss.

In a post-card notice dated December 29, 2014, the Court notified appellant that the required $195 filing fee was past due. We instructed appellant to pay the filing fee within ten days and cautioned him that failure to do so will result in dismissal of the appeal without further notice. As of today's date, appellant has not paid the filing fee. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(b) & (c).

141614F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RONNIE JOHNIGAN, Appellant

No. 05-14-01614-CV     V.

JUDY HAMMOND, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas.
Trial Court Cause No. CC-14-06046-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JUDY HAMMOND recover her costs of this appeal from appellant RONNIE JOHNIGAN.

Judgment entered February 4, 2015.